24936

**CARDIOVASCULAR SERVICES, P.C.**
970 N. BROADWAY, SUITE 210
YONKERS, NY 10701

DATE April 29, 2011    12/210 172

PAY TO THE ORDER OF  Mudassra Saleem    $ 1015.60

One Thousand Fifteen 60/100    DOLLARS

gross- 1280.00
ss- 53.76
med- 18.56
Fed- 104.48
FOR State- 49.40    disab- 1.20    80 hrs.
yonkers- 6.40
city- 30.60

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com

⑈024936⑈ ⑊021000021⑊

**CARDIOVASCULAR SERVICES, P.C.**
970 N. BROADWAY, SUITE 210
YONKERS, NY 10701

24896

$\frac{12}{210}$ 172

DATE April 15, 2011

PAY TO THE ORDER OF  Mudassra Saleem     $ 1015.60

One Thousand Fifteen $\frac{60}{100}$    DOLLARS

gross-
1280.00  **CHASE**
SS - 53.76  JPMorgan Chase Bank, N.A.
med - 18.56  www.Chase.com   city - 30.60
FOR Fed -104.48  disab. -1.20   80 hrs.
State - 49.40
local - 6.40 - yonkers

⑆024896⑆ ⑈021000021⑈

## MAGGIOLA & GEMBOROWSKI, P.C.
### CERTIFIED PUBLIC ACCOUNTANTS

830 PELHAMDALE AVENUE
NEW ROCHELLE, NEW YORK 10801

TELEPHONE (914) 636-1600
FACSIMILE (914) 636-1658

ARTHUR J. MAGGIOLA
DEBORAH A. GEMBOROWSKI

May 10, 2011

To Whom It May Concern:

Please be advised that we are the accountants for Cardiovascular Services, P.C. and that Mudassra Saleem received net paychecks of $1015.60 on March 18, 2011 and April 1, 2011.

Sincerely,

Deborah A. Gemborowski