UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X
IN RE:
SALEEM, Mudassra        CASE NO 1-11-43446-ess
                STATEMENT PURSUANT TO
                LOCAL RULE 2017-1
        DEBTOR:
----------------------------------------------------X

I, HUMAYUN Z. SIDDIQI, ESQ., an attorney at law admitted to practice in this court state:

1. I am the attorney for the above captioned debtor and I am familiar with the facts herein.

2. That prior to the filing of the petition herein, this firm rendered the following services to the above named debtor.

| DATE | SERVICES | |
|---|---|---|
| 03/05/11 | Initial interview, analysis of financial condition, review of documents, etc. | 1.00 hrs |
| 04/23/11 | Preparation of BANKRUPTCY petition and review of financial affairs including modifying the petition. | 3.00 hrs |

3. That we will also represent the debtor at the first meeting of creditors.

4. That all the services rendered prior to the filing of the petition were rendered by this firm.

5. That our usual rate of compensation of bankruptcy matters of this type is $300.00/hour; however, Chapter 7, no-asset cases, are charged on a flat fee basis.

June 1, 2011

/s/ Humayun Z. Siddiqi
-----------------------------
Humayun Z. Siddiqi
Attorney for Debtor